UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| KENNETH WALDEN,<br><br>　　　　　　Plaintiff,<br>　　v.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____/ | No. C 12-5359 MEJ<br><br>**ORDER DISCHARGING TO SHOW CAUSE** |

On August 12, 2013, the Court ordered Plaintiff Kenneth Walden to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 8. As Plaintiff has now filed a Motion for Summary Judgment, the show cause order is DISCHARGED. Defendant shall file a cross-motion in compliance with the Procedural Order in this case. Dkt. No. 2.

**IT IS SO ORDERED.**

Dated: August 28, 2013

_____
Maria-Elena James
United States Magistrate Judge